# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:   Darrell D. Williams | ) | Chapter 13 |
| | ) | Case No. 19 B 06038 |
| Debtor(s) | ) | Judge David D. Cleary |

## Notice of Motion

Darrell D. Williams
949 N. Trumbull
Apt. 2
Chicago, IL 60651

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On March 02, 2020 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 644
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, February 11, 2020.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On March 06, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on May 20, 2019, for a term of 36 months with payments of $425.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 11 | $4,625.00 | $3,647.64 | $977.36 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 02/10/2020
Due Each Month: $425.00
Next Pymt Due: 03/05/2020

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 07/19/2019 | 53474 | $82.58 | 07/26/2019 | 53492 | $82.27 |
| 08/02/2019 | 53514 | $70.56 | 08/16/2019 | 53551 | $79.68 |
| 08/23/2019 | 53571 | $76.48 | 09/03/2019 | 53591 | $53.35 |
| 09/09/2019 | 53611 | $87.20 | 09/16/2019 | 53629 | $62.41 |
| 11/22/2019 | 225021 | $900.00 | 12/09/2019 | 163447 | $400.00 |
| 01/17/2020 | -BTK RUSH INC | $196.15 | 01/31/2020 | -BTK RUSH INC | $196.15 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE