# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | ) | |
|---|---|---|
| **In re:** Darrell D. Williams | ) | 19-06038 |
| Debtor(s), | ) | **Judge David Cleary** |
| | ) | |

### *Notice of Objection*

The Trustee objects to Debtor's Motion to Modify Plan

Marilyn O. Marshall,
Standing Trustee

/s/ Yanick Polycarpe
By: Yanick Polycarpe

Office of the Chapter 13 Trustee
Marilyn O. Marshall
224 South Michigan
Suite 800
Chicago, IL 60604
(312) 431-6532